IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARBOR MCELROY, | No. C 15-01599 EJD (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| M. IKEBGU, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983, against Defendants D. Robertson, Sayre and N. Ikegbu for violating the Eighth Amendment by their deliberate indifference to his serious medical needs. Plaintiff was granted leave to proceed in forma pauperis ("IFP") at the outset of this action. (Docket No. 7.) Defendants filed a motion to revoke Plaintiff's IFP status under 28 U.S.C. § 1915(g). (Docket No. 20.) On February 22, 2016, the Court granted Defendants' motion and directed Plaintiff to pay the full filing fee within fourteen days. (Docket No. 33.) Plaintiff was informed that failure to pay the full filing fee within the time provided would result in the dismissal without prejudice of this action without further notice to Plaintiff. (Id. at 6.) More than fourteen days have passed, and Plaintiff has not paid the filing fee or otherwise communicated with the Court.

1  Accordingly, Plaintiff's case is DISMISSED without prejudice. The Clerk shall
2 terminate any pending motions and close the file.

3  **IT IS SO ORDERED.**

4 DATED:     3/25/2016                              _____
                                                    EDWARD J. DAVILA
5                                                   United States District Judge